Max Oswald, appellee, v. Mary Courtney, trading as M. Courtney and Sons, appellant. Gen. No. 36,897.

# 628 

 McSurely, J., dissenting. Opinion filed December 11, 1933. Rehearing denied December 27, 1933.

John A. Bloomingston, for appellant. Joseph D. Ryan and Louis P. Miller, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.